IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ANNE BUSSELL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>DOUGLAS CORPORATION OF MICHIGAN; and Does 1 to 10,<br><br>Defendant. | Civil Action No. 2:22-cv-10231 |

## STIPULATION FOR DISMISSAL

Plaintiff, Anne Bussell, and Defendant, DOUGLAS CORPORATION OF MICHIGAN, and DOES 1 to 10, by and through their undersigned counsel, hereby stipulate that this action shall be DISMISSED, with prejudice, as between all parties, and, each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: July 26, 2022

THE MILLER LAW FIRM, PC

By:  */s/ Sharon S. Almonrode*
Sharon S. Almonrode (P33938)
950 West University, Suite 300
Rochester, Michigan 48307
Telephone: (248) 841-2200

*Attorneys for Plaintiff*

PLUNKETT COONEY

By*:  /s/ Christina L. Corl*
Christina L. Corl Esq.
300 East Broad Street, Suite 590
Columbus, Ohio 43215
Telephone: (614) 629-3018

*Attorneys for Defendant*

1

2

## CERTIFICATE OF SERVICE

I, Sharon S. Almonrode, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 26th day of July, 2022.

                                         */s/ Sharon S. Almonrode*
                                         Sharon S. Almonrode