## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**ANNE BUSSELL,**

       **Plaintiff,**

**v.**

**DOUGLAS CORPORATION OF
MICHIGAN and DOES 1-10,**

       **Defendants.**
_____/

          **Case No. 22-10231**

          **Honorable Denise Page Hood**

## ORDER DISMISSING ACTION

On July 26, 2022, Plaintiff Anne Bussell filed a Stipulation of Dismissal With Prejudice in the instant action.

Accordingly,

IT IS ORDERED that this action is DISMISSED pursuant to Rule 41(a)(1) of the Rules of Civil Procedure with prejudice and designated as CLOSED on the docket.


          s/Denise Page Hood_____
          DENISE PAGE HOOD
          United States District Judge

DATED: July 27, 2022